No. 1085. PARNESS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Seymour Kleinman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1089. BABSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James W. Heyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1090. BLUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Benjamin Siet* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 1094. HAMM ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Joseph A. Maun* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John B. Jones, Jr.* for respondent.

No. 1095. TIDEWATER OIL Co. *v.* LESSIG. C. A. 9th Cir. Certiorari denied. *Moses Lasky* for petitioner. *Maxwell Keith* for respondent.

No. 1102. HOUSTON MARITIME ASSOCIATION, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert Eikel* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.